AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

**ELIZABETH SHIFLET, on behalf of herself and others similarly situated,**  )
*Plaintiff*  )
v.  )   Civil Action No.  2:20-cv-3428
)
**HEALTHCARE VENTURES OF OHIO, LLC, *et al.*,**  )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Pursuant the Order filed 9/18/2023 the parties joint motion is approved and plaintiffs' claims are dismissed With prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  9/18/2023

CLERK OF COURT

_Christine M. Wen____
Signature of Clerk or Deputy Clerk